| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Constantine, Katherine A. | 2. Court or Organization<br><br>Minnesota Bankruptcy Court | 3. Date of Report<br><br>05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Suite 206<br>316 No Robert Street<br>St Paul MN 55101 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Conservator/Guardian Payee | Twin City Federal Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Dorsey & Whitney LLP-retirement and pension | $111,024.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Brocade Communication Systems, Inc. - salary & bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 26, 2016 - October 29, 2016 | San Francisco, California | meetings and educational programs | partial lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. RBC Branch Sweep Program (Money Market) | | None | K | T | | | | | |
| 3. Alps (ETF) | A | Dividend | J | T | | | | | |
| 4. AT&T (common) | A | Dividend | K | T | | | | | |
| 5. Proctor & Gamble (common ) | A | Dividend | J | T | | | | | |
| 6. Select Sector Spdr Tr Utilities Sector (Index Fd) | A | Dividend | K | T | Buy (add'l) | 01/26/16 | K | | |
| 7. Southern Co. (common) | A | Dividend | J | T | | | | | |
| 8. Target (common) | A | Dividend | K | T | | | | | |
| 9. Teco Energy (common ) | A | Dividend | | | Sold | 01/26/16 | K | D | |
| 10. Xcel Energy (common ) | A | Dividend | K | T | | | | | |
| 11. Powershares Finl pfd (ETF) | B | Dividend | K | T | | | | | |
| 12. GE Cap Finl (C.D.) | A | Interest | | | Sold | 01/06/16 | K | | |
| 13. Goldman Sachs Bk (C.D.) | A | Interest | K | T | | | | | |
| 14. Freeborn Cnty MN GO (Bond) | A | Interest | | | Redeemed | 12/15/16 | J | | |
| 15. Columbia MN Tax Exmpt Fd (Class A MF) | | None | K | T | Open | 12/29/16 | K | | |
| 16. Deer River MN GO (Bond) | A | Interest | | | Redeemed | 02/01/16 | K | | |
| 17. MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 19. MN Streets/Hwys GO (Bond) | A | Interest | | | Redeemed | 12/07/16 | K | | |
| 20. Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |
| 21. MN Hsg Res Rev (Bond) | A | Interest | K | T | Redeemed (part) | 01/04/16 | J | | |
| 22. MN St GO Various Purp GO (Bond) | A | Interest | K | T | Buy | 12/07/16 | K | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Brokerage #2 (H) | | | | | | | | | |
| 26. US Gov't Money Mkt NKA RBC Branch Sweep(money mkt fd) | A | Interest | J | T | | | | | |
| 27. (Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | | | | | |
| 28. MFS Div Income (Mutual Fund) | A | Dividend | K | T | | | | | |
| 29. Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 30. | | | | | | | | | |
| 31. Brokerage #3 (H) | | | | | | | | | |
| 32. RBC Prime Money Mkt (money market fund) | A | Interest | K | T | | | | | |
| 33. Activision Blizzard (common) | A | Dividend | J | T | Buy (add'l) | 01/21/16 | J | | |
| 34. | | | | | | Buy (add'l) | 11/28/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Acuity Brands (common) | A | Dividend | J | T | Sold (part) | 03/10/16 | J | A | |
| 36. Adobe Systems (common) | | None | J | T | | | | | |
| 37. Advanced Auto Parts | A | Dividend | | | Sold (part) | 10/04/16 | J | | |
| 38. | | | | | Sold | 10/05/16 | J | | |
| 39. Alexion Pharma (common) | | None | J | T | Buy | 07/05/16 | J | | |
| 40. Allergan PLC FKA Actavis (common) | | None | J | T | | | | | |
| 41. Alphabet FKA Google (common) | | None | J | T | Buy (add'l) | 01/05/16 | J | | |
| 42. Amazon (common) | | None | J | T | Buy (add'l) | 01/05/16 | J | | |
| 43. Andarko Pete (common) | | None | | | Sold | 01/12/16 | J | | |
| 44. | | | | | Buy | 10/06/16 | J | | |
| 45. | | | | | Sold | 11/28/16 | J | | |
| 46. Apple (common) | | None | J | T | Sold (part) | 01/05/16 | J | A | |
| 47. Archer Daniels Midland (common) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 48. Avago Tech NKA Broadcom(common) | | None | | | Merged (with line 52) | 02/01/16 | J | | |
| 49. Biogen Idec (common) | | None | J | T | | | | | |
| 50. Boeing (common) | A | Dividend | J | T | | | | | |
| 51. Bristol Meyers Squibb (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Broadcom Ltd | A | Dividend | J | T | Buy | 02/01/16 | J | | See Section VIII |
| 53. | | | | | Sold (part) | 11/10/16 | J | A | |
| 54. Carnival Corp (common) | A | Dividend | J | T | Buy | 10/04/16 | J | | |
| 55. Celgene Corp (common) | | None | J | T | Sold (part) | 12/01/16 | J | A | |
| 56. Chevron Corp. (common) | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 57. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 58. Comcast Corp (class A) | A | Dividend | J | T | | | | | |
| 59. Costco Wholesale (common) | A | Dividend | J | T | | | | | |
| 60. CSX Corp | | None | J | T | Buy (add'l) | 12/08/16 | J | | |
| 61. Delphi Automotive PLC | A | Dividend | | | Sold (part) | 03/10/16 | J | | |
| 62. | | | | | Sold | 10/06/16 | J | A | |
| 63. Delta Airlines (common) | A | Dividend | J | T | | | | | |
| 64. Dow Chemical (common) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 65. Edwards Lifesciences Corp (common) | | None | | | Sold | 07/05/16 | J | C | |
| 66. Eli Lilly (common) | A | Dividend | J | T | | | | | |
| 67. EOG Res (common) | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 68. Exelon Corp | A | Dividend | J | T | Buy (add'l) | 07/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. F5 Networks (common) | | None | | | Sold | 01/05/16 | J | | |
| 70. Facebook (common) | | None | J | T | Sold (part) | 12/01/16 | J | A | |
| 71. FedEx Corp | A | Dividend | | | Sold (part) | 01/21/16 | J | | |
| 72. | | | | | Sold | 03/10/16 | J | | |
| 73. Halliburton Co (common) | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 74. Henry Schein (common) | | None | J | T | | | | | |
| 75. Home Depot (common) | A | Dividend | J | T | | | | | |
| 76. Honeywell Int'l | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 77. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 78. Lear Corp (common) | A | Dividend | J | T | | | | | |
| 79. Merck & Co (common) | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 80. Microsoft Corp (common) | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 81. NXP Semiconductors (common) | | None | J | T | Sold (part) | 11/10/16 | J | A | |
| 82. Newell Rubbermaid (common) | A | Dividend | J | T | | | | | |
| 83. Newfield Exploration (common) | | None | J | T | Buy | 03/07/16 | J | | |
| 84. Nextera Energy (common) | A | Dividend | J | T | | | | | |
| 85. Occidental Pete (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Parker Hannifin Corp (common) | | None | J | T | Buy | 12/01/16 | J | | |
| 87. Pepsico (common) | A | Dividend | J | T | Buy (add'l) | 10/04/16 | J | | |
| 88. Pioneer Natural Resources (common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 89. Raytheon Corp (common) | A | Dividend | J | T | Buy | 01/21/16 | J | | |
| 90. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 91. Salesforce.com (common) | | None | J | T | | | | | |
| 92. Select Fin'l Sector SPDR Tr (ETF) | A | Dividend | K | T | | | | | |
| 93. Select Real Est Sector SPDR Tr (ETF) | A | Dividend | J | T | Spinoff (from line 92) | 09/21/16 | J | | |
| 94. Snap-On Inc (common) | A | Dividend | J | T | | | | | |
| 95. Stryker Corp (common) | A | Dividend | J | T | | | | | |
| 96. TJX Companies (common) | A | Dividend | J | T | | | | | |
| 97. Vulcan Materials (common) | A | Dividend | J | T | | | | | |
| 98. Wabtec Corp (common) | A | Dividend | J | T | Sold (part) | 04/26/16 | J | A | |
| 99. Walt Disney (common) | A | Dividend | | | Sold (part) | 01/05/16 | J | B | |
| 100. | | | | | Sold | 06/01/16 | J | B | |
| 101. Westrock Co (common) | | None | | | Sold | 01/21/16 | J | | |
| 102. Whirlpool Corp (common) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Whitewave Foods Co (common) | | None | | | Sold | 10/04/16 | J | A | |
| 104. Zimmer Holdings (common) | A | Dividend | J | T | | | | | |
| 105. | | | | | | | | | |
| 106. Brokerage #4 (H) Moved to Brokerage #7 | | | | | Merged (with line 118) | | | | See Section VIII |
| 107. | | | | | | | | | |
| 108. Brokerage #5 (H) | | | | | | | | | |
| 109. Blackrock Eq Div Tr (ETF) | B | Dividend | K | T | | | | | |
| 110. Delaware Invts MN Muni Inc (mutual fund) | A | Dividend | K | T | Buy | 12/07/16 | K | | |
| 111. Kayne Anderson (common) | A | Dividend | | | Sold | 08/16/16 | J | | |
| 112. MN Hsg Pub Human Svc (Bond) | A | Interest | K | T | | | | | |
| 113. Nuveen AMT Value Fd (ETF) | A | Interest | | | Sold | 12/07/16 | K | | |
| 114. Xcel Energy (common) | A | Dividend | K | T | | | | | |
| 115. | | | | | | | | | |
| 116. Brokerage Account #6 Dorsey 401k (H) Closed | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. Brokerage Acct #7 (H) | | | | | | | | | |
| 119. Federated Money Mkt NKA RBC Bk Depositmoney mkt mutual fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Amer Fds Capital Income Bldr (mutual fund) Class F | A | Dividend | | | Sold | 11/15/16 | J | B | |
| 121. Amer Fds Euro Pac Gr (mutual fund) | A | Dividend | K | T | | | | | |
| 122. Buffalo Fds Mid Cap (mutual Fund) | D | Dividend | | | Sold (part) | 01/27/16 | K | A | |
| 123. | | | | | Sold | 08/03/16 | L | | |
| 124. Dodge & Cox Fund Int'l Stock (mutual fund) Class F | C | Dividend | L | T | | | | | |
| 125. Dodge & Cox Income (mutual fund) Class 1 | C | Dividend | M | T | Buy (add'l) | 01/26/16 | K | | |
| 126. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 127. Fidelity New Insights (cl i mutual fund) | D | Dividend | M | T | | | | | |
| 128. First Trust Exchange Fd (mutual fund) | A | Dividend | K | T | Buy | 11/29/16 | K | | |
| 129. IShares Russell 1000 Gr (ETF) | A | Dividend | L | T | | | | | |
| 130. IShares Russell 1000 Value (ETF) | C | Dividend | M | T | | | | | |
| 131. IShares S&P Sm Cap 600 (ETF) | A | Dividend | L | T | | | | | |
| 132. Mairs & Power Fd Sm Cap Fd (mutual fund) | A | Dividend | K | T | Buy | 08/03/16 | J | | |
| 133. Metropolitan West Total Return Bond(mutual fund) | D | Dividend | M | T | | | | | |
| 134. MFS Div Inc (mutual fund) | B | Dividend | L | T | | | | | |
| 135. Parnassus Core Equity Fd (mutual fund) | D | Dividend | M | T | | | | | |
| 136. T Rowe Price Gr Stk (mutual fund) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Thornburg Int'l Value (mutual fund) | A | Dividend | | | Sold | 07/21/16 | J | | |
| 138. Vanguard Total Bond Market (ETF) | B | Dividend | L | T | Buy | 08/03/16 | K | | |
| 139. Vanguard Admiral S&P MidCap400 Index (ETF) | A | Dividend | K | T | Buy | 08/03/16 | K | | |
| 140. Vanguard Admiral S&P Sm Cap 600 Index (ETF) | A | Distribution | K | T | Buy | 08/03/16 | K | | |
| 141. American Express Centurion BK | A | Interest | K | T | | | | | |
| 142. Sallie Mae Bk Slt Lake City (C.D.) | A | Interest | K | T | | | | | |
| 143. GE Cap Retrail Bk Utah (C.D.) | B | Interest | L | T | | | | | |
| 144. GE Cap Retail Bk Draper Utah(C.D.) | B | Interest | L | T | | | | | |
| 145. Goldman Sachs Bk USA NY (C.D.) | B | Interest | L | T | | | | | |
| 146. AT & T unsecured OID | B | Interest | K | T | | | | | |
| 147. AXA Variable Annuity | | None | M | T | | | | | |
| 148. | | | | | | | | | |
| 149. Brokerage #8 (H) | | | | | | | | | |
| 150. RBC Branch Sweep nka Bank Deposit Prog(money market program) | A | Interest | K | T | | | | | |
| 151. Amer Fds Capital Inc Bldr (mutual fund) | A | Dividend | | | Sold | 11/16/16 | J | | |
| 152. Amer Fds Euro Pac Gr (cl f1 mutual fund) | A | Dividend | K | T | | | | | |
| 153. Amer Fds Euro Pac Gr (cl f-2 mutual fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brocade Commun Syst (common) | A | Dividend | J | T | | | | | |
| 155. Fidelity New Insights (mutual fund) | D | Dividend | M | T | | | | | |
| 156. Fundamental Invs (mutual fund) | D | Dividend | M | T | | | | | |
| 157. Ishares Biotechnology (ETF) | A | Dividend | K | T | Buy | 08/16/16 | K | | |
| 158. Ishares Russell Mid Cap Gr (ETF) | A | Dividend | K | T | | | | | |
| 159. Keeley Sm Cap Value (mutual fund) | | None | | | Sold | 11/16/16 | K | E | |
| 160. Lord Abbett Sec Tr Value Opp (mutual fund) | A | Dividend | K | T | Sold (part) | 08/16/16 | J | | |
| 161. Mairs & Pwr Small Cap Fd (mutual fund) | B | Dividend | L | T | Buy | 08/16/16 | K | | |
| 162. Metropolitan West Total Return Bond (mutual fund) | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |
| 163. MFS Ser Tr XIII AKA Diversified Income(mutual fund) | A | Dividend | K | T | Sold (part) | 08/16/16 | J | | |
| 164. MFS Growth (mutual fund) | A | Dividend | K | T | | | | | |
| 165. MFS Utilities Fd (mutual fund) | B | Dividend | K | T | | | | | |
| 166. Tr for Prof Mgrs Snow Cap Small Cap Value (mutual fd) | A | Dividend | J | T | Sold (part) | 08/16/16 | J | | |
| 167. Vanguard Admiral Small Cap Fd (mutual fund) | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 168. | | | | | | | | | |
| 169. Brokerage #9 (H) Etrade | | | | | | | | | |
| 170. ETrade Cash Reserve Account | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brocade (common) | | None | N | T | | | | | |
| 172. Twin City Federal Account #1(conservator/ Guardian | | None | J | T | | | | | |
| 173. | | | | | | | | | |
| 174. Account #10 (H) | | | | | | | | | |
| 175. RBC Branch Sweep (Money Market Program) | A | Interest | J | T | | | | | |
| 176. Ally Bk Midvale Utah (C.D.) | B | Interest | L | T | Sold (part) | 11/28/16 | L | | |
| 177. | | | | | Buy (add'l) | 12/07/16 | K | | |
| 178. | | | | | Buy (add'l) | 12/07/16 | K | | |
| 179. GE Cap Bk Retail (C.D.) | A | Interest | L | T | | | | | |
| 180. American Express Cent Bk (C.D.) | A | Interest | L | T | | | | | |
| 181. | | | | | | | | | |
| 182. Trust #1(H) | | | | | | | | | |
| 183. RBC Branch Sweep (Money Market Program) | | None | J | T | | | | | |
| 184. MFS Ser Tr XIII Diversified Inc (mutual fund) | A | Dividend | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. American Enterprise Inv Svc (mutual fd) | B | Dividend | K | T | | | | | |
| 187. Discover Financial Svcs (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Honeywell Int'l (common | A | Dividend | J | T | | | | | |
| 189.  Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 190.  Allstate Corp (common) | A | Dividend | J | T | | | | | |
| 191.  Sears Holding Corp (common) | | None | J | T | | | | | |
| 192.  Sears Canada (common) | | None | J | T | | | | | |
| 193.  U.S. Bank N.A. Accts (cash & CD's) | A | Dividend | M | T | | | | | |
| 194.  Twin City Federal Acct (Cash) | A | Interest | M | T | | | | | |
| 195. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2  RBC Branch Sweep Money Market - No income rec'd during reporting period
Line 12 GE Capital Sale - No gain
Line 14 Freeborn Cty Bond Redemption @ par - No gain
Line 15 Columbia Tax Exempt Fd - no income rec'd during reporting period
Line 16 Deer River Bond Redemption @  - No gain
Line 19 MN Streets/Hwys Bond Redemption @ par - No gain
Line 21 Minneapolis Hsg Bond partial redemption at par - No gain
Line 36 Adobe Systems - No income rec'd during reporting period
Lines 37 & 38 Advanced Auto Parts - No gain
Line 39 Alexion Pharma -  No income rec'd during reporting period
Line 40 Allergan - No income rec'd during reporting period
Line 41 Alphabet - No income rec'd during reporting period
Line 42 Amazon -No income rec'd during reporting period
Line 43Andarko Pete -  No income rec'd during reporting period
Line 46 Apple - No income rec'd during reporting period
Lines 43 & 45 Andarko Peteroleum- No gain
Lines 48 & 52 - Avago Tech merged to into Broadcom
Line 49 Biogen - No income rec'd during reporting period
Line 55 Celgene - No income rec'd during reporting period
Line 60 CSX - No income rec'd during reporting period
Line 61 Delphi Automotiv - No gain
Line 65 Edwards Life Sciences - no income rec'd during reporting period
Line 69  FS Networks Sale -No gain - No income
Line 70 Facebook - No income rec'd during reporting period
Lines 71 & 72 Fed Ex Sale  - No gain
Line 74 Henry Schien - No income rec'd during reporting period
Line 81 NXP Semiconductors - No Income rec'd during reporting period
Line 83 Newfield Exploration - No income rec'd during reporting period
Line 86 Parker Hannefin - No income rec'd during reporting period
Line 91 SalesForce - No income rec'd during reporting period
Line 101 Westrock Co Sale -No gain  - No income
Line 103 Whitewave - no income during reporting period
Line 106 Account #4 no longer exists - assets were combined with another same name IRA - Account #7 near the end of 2016
Line 111 Kayne Anderson Sale - no gain
Line 159 Keeley Sm Cap Fd - no income rec'd during reporting period
Line 170 ETrade Cash Reserve  - no income during reporting period
Line 171 Brocade - No income rec'd during reporting period
Line 183 RBC Br Sweep Money Mkt - no income paid during reporting period
Lines 193 & 194 U.S. Bank & Twin City Federal - Checking accounts that do not pay any form of income

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544